## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Date of Arrest: June 15, 2016

UNITED STATES OF AMERICA ) Magistrate's Case No. 16-1475MJ
    Plaintiff, )
 ) COMPLAINT FOR VIOLATION OF
Vs. )
 ) 21 U.S.C. § 841(a)(1), Possession
Victor Manuel RAMIREZ JR, ) of a Controlled Substance with
    Defendant. ) Intent to Distribute
 ) Count One
YOB: 1980 )
United States Citizen )

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about June 15, 2016, at or near Yuma, Arizona, within the District of Arizona, the defendant, Victor Manuel RAMIREZ, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1)(b)(1)(C).

And the Complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Authorized by: AUSA John Ballos

*/s/ John Ballos*

_____
Special Agent Rashawn Edwards
Homeland Security Investigations

Sworn to before me and subscribed in my presence, June 16, 2016 at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA

Vs.

Victor Manuel RAMIREZ

**STATEMENT OF FACTS**

I, Special Agent Rashawn Edwards, Homeland Security Investigations, being duly sworn, declare the following:

On Wednesday, June 15, 2016, Victor Manuel RAMIREZ (RAMIREZ), a United States citizen, was observed at or approximately 1100 hours by United States Border Patrol Agent's (USBPA) Nelson and Lepe driving a 1997 Chevrolet S-10 blue and white in color Pickup, bearing California plates 075766G1, traveling Southbound on Avenue 20E towards the Eastern exit of Dome Valley. Dome Valley is a common route used by narcotics and alien smugglers to circumvent the 1155 checkpoint on Interstate 8 (I-8). Upon first seeing the 1997 Chevrolet S-10 pickup, USBPA Nelson immediately recognized it (1997 Chevrolet S-10 pickup) from a prior encounter on June 14, 2016 when he (USBPA Nelson) was working the 1155 Checkpoint located at Mile Marker 17 on I-8. During the aforementioned encounter the same vehicle and driver who was identified at that time, Victor Manuel RAMIREZ was referred to vehicle secondary due to a K-9 alert to the vehicle. A search of the vehicle on June 14, 2016 yielded negative results and the driver and vehicle were released. USBPA Nelson advised that during that encounter on June 14, 2016 several things about the vehicle stood out such as the vehicle having mismatched paint. The passenger cab was painted white and the cargo

bed was painted navy blue. Also, the 1997 Chevrolet S-10 was equipped with a center console and center shift that was made for a Chevrolet Blazer or another sport utility vehicle, USBPA Nelson advised. Given that USBPA Nelson having prior knowledge of the 1997 Chevrolet S-10 pickup and he was certain it was the same vehicle from the prior encounter, he continued to follow and observe the vehicle through Dome Valley. USBPA Nelson conducted computer inquiries via USBP Sector Dispatch, which revealed several seventy two (72) hour lane checks through the Andrade Port-of-Entry on June 13th and 14th of 2016.

Upon following the vehicle, it turned off of avenue 20E and headed West on US Highway 80 and then merged onto I-8, USBPA Nelson advised. A traffic stop ensued at Mile Marker 22, Eastbound on I-8. Upon approach and encounter, USBPA Nelson recognized the driver and sole occupant as Victor Manuel RAMIREZ. USBPA Nelson asked RAMIREZ his citizenship and RAMIREZ stated he is a United States citizen. USBPA Nelson asked RAMIREZ where he was coming from and RAMIREZ stated he was traveling from Yuma, Arizona to the Desert Sky Mall in Phoenix, Arizona. USBPA Nelson stated at first RAMIREZ advised him he travelled through Dome Valley to avoid the need to pass through the checkpoint because he (RAMIREZ) felt harassed by Border Patrol Agents when he had passed through the checkpoint the previous day. USBPA Nelson further advised that RAMIREZ then changed his story and said that he went through Dome Valley because the navigation application on his phone directed him to take that route.

At 1130 hours, USBPA Nelson called Yuma Sector Communications for a K-9. USBPA Zerega and his K-9 (Baddy) located at the USBP 1155 checkpoint arrived at USBPA Nelson location at 1145 hours. USBPA Nelson advised that upon seeing the K-9, RAMIREZ became uncooperative by raising his voice, demanding why there's a K-9, and he (RAMIREZ) had done nothing wrong. RAMIREZ was instructed by USBPA Nelson to exit the vehicle and the K-9 performed the sniff. USBPA Zerega and K-9 Baddy conducted a sniff of the vehicle, which K-9 Baddy alerted to the front passenger side of the vehicle. From outside the vehicle, a black backpack was in plain-view. A search of the black in color backpack revealed four (4) packages of a white crystalline substance that later field tested positive for the presence of methamphetamine. The total weight of the methamphetamine was 2.95 kilograms.

In a post-*Miranda* interview with Homeland Security Investigations (HSI) Special Agents, RAMIREZ invoked his Miranda rights at 1555 hours.

Special Agent Rashawn Edwards
Homeland Security Investigations

Sworn to before me and subscribed in my presence, June 16, 2016, at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge