# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-16-08302-PCT-JJT |
| Plaintiff, | **ORDER** |
| vs. | |
| Jose Elias Quintanilla-Jimenez, | |
| Defendant. | |

Upon Defendant's Motion for Substitution of Counsel (Doc. 33);

**IT IS ORDERED** granting Defendant's Motion for Substitution of Counsel (Doc. 33).

**IT IS FURTHER ORDERED** withdrawing CJA Attorney Jose Antonio Colon as counsel of record in the above-entitled action.

**IT IS FURTHER ORDERED** substituting CJA Attorney Diego Rodriguez, as counsel of record for Defendant effective immediately.

Dated this 31st day of May, 2017.

Honorable John J. Tuchi
United States District Judge